IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cunningham Sr, Bryant V | Case Number: 07 B 14851 |
|---|---|---|
| | Cunningham, Roslyn Michelle | Judge: Squires, John H |
| | Printed: 11/11/08 | Filed: 8/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: October 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 42,290.98 | |
| Secured: | | 37,499.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,299.95 |
| Other Funds: | | 2,491.92 |
| Totals: | 42,290.98 | 42,290.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | Great Lakes Credit Union | Secured | 5,421.19 | 2,714.34 |
| 4. | Great Lakes Credit Union | Secured | 3,125.75 | 1,683.23 |
| 5. | CitiMortgage Inc | Secured | 34,800.00 | 28,453.16 |
| 6. | Resurgent Capital Services | Secured | 4,934.91 | 1,050.00 |
| 7. | American General Finance | Secured | 424.15 | 72.00 |
| 8. | CitiMortgage Inc | Secured | 53,144.88 | 3,526.38 |
| 9. | Internal Revenue Service | Priority | 846.43 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 12,614.58 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 2,470.77 | 0.00 |
| 12. | Capital One | Unsecured | 971.27 | 0.00 |
| 13. | American General Finance | Unsecured | 974.50 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 24.37 | 0.00 |
| 15. | American General Finance | Unsecured | 1,303.70 | 0.00 |
| 16. | Great Lakes Credit Union | Unsecured | 0.00 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 410.96 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 365.95 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 290.47 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 1,244.01 | 0.00 |
| 21. | Household Financial Corporation | Secured | | No Claim Filed |
| 22. | Bank Of America | Unsecured | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | Aspire Visa | Unsecured | | No Claim Filed |
| 25. | CitiFinancial | Unsecured | | No Claim Filed |
| 26. | Christ Medical Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cunningham Sr, Bryant V | Case Number: 07 B 14851 |
|---|---|---|
| | Cunningham, Roslyn Michelle | Judge: Squires, John H |
| | Printed: 11/11/08 | Filed: 8/16/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 28. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 29. | Good Samaritan Hospital | Unsecured | | No Claim Filed |
| 30. | Lane Bryant | Unsecured | | No Claim Filed |
| 31. | Winn Dixie Store | Unsecured | | No Claim Filed |
| 32. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 123,367.89 | $ 37,499.11 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,409.07 |
| 6.5% | 890.88 |
| | $ 2,299.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

